ATTEST
A True Copy
This the ___ day of
August, 2012
Office of the Clerk
Supreme Court and Court of Appeals
State of Mississippi
By Muriel Collier, Chief Deputy

SUPREME COURT OF MISSISSIPPI
(BEFORE A COMPLAINT TRIBUNAL)

THE MISSISSIPPI BAR     **FILED**     COMPLAINANT

V.     AUG -2 2012     CAUSE NO. 2012-B-751

OFFICE OF THE CLERK
SUPREME COURT
QUINTON L. JAMES     COURT OF APPEALS     RESPONDENT

## DEFAULT JUDGMENT

THIS MATTER came before the Complaint Tribunal on the Motion for Default Judgment of the Mississippi Bar ("the Bar") against Quinton L. James ("Mr. James"). Mr. James filed no response to the Motion, nor has he otherwise defended the Formal Complaint or the Motion. The Complaint Tribunal finds the Bar's Motion is well taken and should be granted as follows:

The Bar filed a Formal Complaint against Mr. James on May 10, 2012. Mr. James was personally served with the Formal Complaint and a Summons on May 16, 2012. Mr. James has not filed an answer, motion, or other pleading to date. More than 30 days have elapsed since Mr. James was personally served with process. The Clerk of this Court entered default against Mr. James pursuant to Rule 55(a) of the Mississippi Rules of Civil Procedure.

The Formal Complaint alleges Mr. James violated Rules 1.2(a), 1.3, 1.4(a), 1.5(a), 1.16(d), 4.1, 8.1(b), and 8.4(a)(b)(c) and (d) of the Mississippi

Rules of Professional Conduct. His failure to answer the allegations of the Formal Complaint constitutes Mr. James' admission of the allegations. The Bar asked Mr. James be disbarred in the Formal Complaint.

THEREFORE, THE COMPLAINT TRIBUNAL finds the Motion for Default Judgment should be and is hereby granted in favor of the Mississippi Bar and against Quinton L. James. Quinton L. James is hereby disbarred from the practice of law in Mississippi.

Dated this 25 day of July 2012.

Judge Robert P. Chamberlin
Presiding Judge of the Tribunal