**FILED**

AUG 21 2012

DAVID CREWS, CLERK
BY_____
            Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  
QUINTON L. JAMES  
18722 MAY AVENUE  
Homewood, IL 60430-4114

3:12MC021

## ORDER TO SHOW CAUSE

1. It appears from the attorney rolls of this court that Quinton L. James is a member of the bar of the United States District Court for the Northern District of Mississippi.

2. By order filed August 3, 2012, the Mississippi Supreme Court disbarred Respondent from the practice of law in the State of Mississippi, *The Mississippi Bar v. Quinton L. James,* Miss.S.Ct. Complaint No. 2012-B-751.

3. A certified copy of the Mississippi Supreme Court's judgment has been filed with this district court.

4. Rule 83.1(C)(2), UNIFORM LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN DISTRICT AND THE SOUTHERN DISTRICT OF MISSISSIPPI [hereinafter, LOCAL RULES], provides that a member of the bar of the United States district court who has been suspended or disbarred from practice by a court of record shall be accorded thirty days within which to show cause why he should not be suspended or disbarred by this court.

5. The Mississippi Supreme Court is a court of record.

6. Pursuant to LOCAL RULE 83.1(C)(2), Respondent Quinton L. James shall be, and he hereby is, accorded thirty days from the date of this Order to show cause, if any he can, why he should not be disciplined by this district court based upon the judgments entered by the Mississippi Supreme Court on August 3, 2012.

7. The Respondent's response is limited to claims of (i) lack of procedural due process in the proceedings before the Mississippi Supreme Court, and (ii) lack of substantial evidence to support the factual findings of that court. *See* LOCAL RULE 83.1(C)(2).

8. Upon response to this Order to Show Cause, and after hearing if such is requested, or upon the expiration of the thirty-day period allowed by this Order if no response is made, the court may enter an appropriate order in which it may impose discipline including, but not limited to, the same discipline as that administered by the Mississippi Supreme Court.

9. The Clerk of the United States District Court for the Northern District of Mississippi shall forthwith serve upon Respondent a certified copy of this order.

SO ORDERED, this 21st day of August, 2012.

Michael P. Mills, Chief Judge