

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE: DISCIPLINE OF
QUINTON L. JAMES                                   Misc. No.   3:12MC021
RESPONDENT

## ORDER OF DISBARMENT

1.   This court entered and served on Respondent, Quinton L. James, an August 21, 2012, order commanding him to show cause within thirty days why he should not be disbarred from the practice of law in the United State District Court for the Northern District of Mississippi.

2.   More than thirty days have elapsed since entry and service of the show-cause order and Respondent has failed to answer or otherwise respond.

3.   Quinton L. James is hereby disbarred from practicing in this court, commencing on the date this order is filed.

4.   No application for relief from this disbarment will be considered unless and until Respondent is restored as an attorney in good standing with the Mississippi Bar and the Mississippi Supreme Court.

5.   The clerk of this court is ordered to send certified copies of this order to Respondent at his home of record, to the Executive Director of the Mississippi Bar, and to the United States Attorney for the Northern District of Mississippi.

SO ORDERED, this _30_ day of October, 2012.

MICHAEL P. MILLS, Chief Judge